UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CSIC DALIAN YUANGDONG CO. LTD,

                Petitioner,

-v-

PACIFIC CITY INTERNATIONAL LTD,

                Respondent.

23-CV-8450 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Petitioner filed a petition to recognize and enforce a foreign arbitral award on September 25, 2023.  (ECF No. 1.)  Petitioner served Respondent on December 22, 2023, and Respondent's answer was due January 12, 2024.  (ECF No. 6.)  No response to the petition to has been filed in the allotted time.

    **Respondent is warned that if it fails to appear in this case and to file a response to the petition by February 26, 2024, it will be in default and the petition will be treated as unopposed.**

    Petitioner is directed to serve a copy of this order on Respondent by February 12, 2024, and to file proof of such service on the docket.

    SO ORDERED.

Dated: February 5, 2024
       New York, New York

                                                      J. PAUL OETKEN
                                                  United States District Judge