UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CSIC DALIAN YUANDONG CO., LTD., | Case No.: 23-cv-08450-JPO |
| Petitioner, | **ORDER AND JUDGMENT** |
| v. | |
| PACIFIC CITY INTERNATIONAL., LTD, | |
| Respondent. | |

---

Petitioner CSIC DALIAN YUANDONG CO., LTD., ("Petitioner") seeks to confirm an arbitration award obtained against Respondent PACIFIC CITY INTERNATIONAL., LTD. ("Respondent") by the filing of a Petition to Recognize and Enforce Foreign Arbitral Award on September 25, 2023, and the matter having been brought before the Honorable J. Paul Oetken, and Respondent having failed to oppose the Petition; it is hereby:

**ORDERED, ADJUDGED AND DECREED** that for the reasons stated in the Court's Order dated February 27, 2024, the Petition to Recognize and Enforce Foreign Arbitral Award is hereby GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Petitioner and against Respondent in the principal amount of $667,618.38, plus 1% interest on unpaid amount accrued annually (APR 1%) from July 4, 2017, until the date of submission this Order and Judgment in the amount of $45,751.28, plus attorneys' fees in the amount of $5,891.97, arbitration costs and expenses in the amount of $23,949.39, costs and disbursements of this action in the amount of the case filing fee of $402, amounting in all to $743,613.02 as of March 1, 2024, the date of submission of this Order and Judgment.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter this Order and Judgment, serve it to all parties of record as per the Federal Rules of Civil Procedure, and note the entry in the civil docket.

**Upon entry of judgment, the the Clerk of Court is directed to close this case.**

DATED: March 4, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge